MBF Leasing, LLC, Plaintiff-Appellant, 
against
Michael A. Han, Defendant-Respondent.



Plaintiff, as limited by its briefs, appeals from those portions of an order of the Civil Court of the City of New York, New York County (Shawn T. Kelly, J.), entered January 26, 2017, which denied its motion for summary judgment dismissing the counterclaims, and to strike the jury demand.




Per Curiam. 
Order (Shawn T. Kelly, J.), dated January 26, 2017, insofar as appealed from, affirmed, with $10 costs.
The record so far developed on plaintiff's motion for summary judgment raises triable issues, including, inter alia, whether defendant was fraudulently induced to sign the lease, whether his signature was forged, whether the sales representative who allegedly misrepresented the nature and terms of the agreement was an agent of plaintiff, and whether plaintiff permissibly obtained defendant's credit reports (see Pludeman v Northern Leasing Sys., Inc., 87 AD3d 881, 882 [2011]; Northern Leasing Sys., Inc. v Amedeo, 56 Misc 3d 131[A], 2017 NY Slip Op 50870[U] [App Term, 1st Dept 2017]; Northern Leasing Sys., Inc. v Kollars, 34 Misc 3d 151[A], 2012 NY Slip Op 50276[U] [App Term, 1st Dept 2012]). Given the triable issues as to whether the lease was obtained through fraud, the provision of the lease that waives the right to a trial by jury does not apply (see Wells Fargo Bank, N.A. v Stargate Films, Inc., 18 AD3d 264, 265 [2005]).
We have considered plaintiff's other arguments and find them unpersuasive. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 26, 2017